IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROLINE DANETTE GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:12-cv-0703-MEF |
| ) | WO |
| WAL-MART, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on December 28, 2012 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #6) entered on December 17, 2012 is adopted;

3. The plaintiff's complaint is DISMISSED prior to the service of process under 28 U.S.C. § 1915(e).

DONE this the 22nd day of February, 2013.

                                                      /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE